UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHARDAYREON HILL<br>    Plaintiff,<br><br>v.<br><br>ALDOUS & ASSOCIATES, P.L.L.C.,<br>    Defendant. | ) JURY TRIAL DEMANDED<br>)<br>)<br>) Case No. CIV-23-327-HE<br>)<br>)<br>)<br>)<br>) |

COMPLAINT AND DEMAND FOR JURY TRIAL

## I. INTRODUCTION

1. This is an action for actual and statutory damages brought by Plaintiff, Shardayreon Hill, an individual consumer, against Defendant Synerprise Consulting Services ("SCS") for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

## II. JURISDICTION AND VENUE

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k(d) 28 U.S.C. § 1331.

1

3. Venue in this District is proper in that the Defendants transact business in Oklahoma City, Oklahoma County, Oklahoma, and the conduct complained of occurred in Oklahoma City, Oklahoma County, Oklahoma.

### III.   PARTIES

4. Plaintiff Shardayreon Hill (hereinafter "Ms. Hill") is a natural person residing in Oklahoma City, Oklahoma County, Oklahoma.

5. Ms. Hill is a consumer as defined by the Fair Debt Collection Practices Act, 15 U.S.C. § 1692a(3).

6. Upon information and belief, Defendant Aldous & Associates, P.L.L.C. is a Utah based debt collection company.

7. Defendant Aldous & Associates, P.L.L.C. is engaged in the collection of debt from consumers using the mail and telephone.

8. Defendant Aldous & Associates, P.L.L.C. regularly attempts to collect consumers' debts alleged to be due to others.

### IV.   FACTS OF THE COMPLAINT

9. Defendant Aldous & Associates, P.L.L.C. (hereinafter referred to as "Debt Collector") is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

10. On or about March 29, 2023, after receipt of a dunning letter, Ms. Hill mailed Debt Collector a certified letter informing it that she refused to pay the debt.

11. Upon information and belief, Debt Collector received Ms. Hill's letter on April 3, 2023.

12. On or about April 6, 2023, Ms. Hill received a letter in response from Debt Collector instructing her to make a payment on the alleged debt.

13. Ms. Hill has suffered actual damages as a result of the actions and inactions of Debt Collector.

## V. FIRST CLAIM FOR RELIEF
### 15 U.S.C. §1692c(c)

14. Ms. Hill re-alleges and reincorporates all previous paragraphs as if fully set out herein.

15. Debt Collector violated the FDCPA.

16. Debt Collector's violations include, but are not limited to, the following:

    Debt Collector violated 15 U.S.C § 1692c(c) of the FDCPA by failing to cease further communication with Ms. Hill after it received the letter sent by Ms. Hill.

17. As a result of the above violations of the FDCPA, the Defendants are liable to the Ms. Hill actual damages, statutory damages, and costs.

## VI.   JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff Shardayreon Hill respectfully demands a jury trial and requests that judgment be entered in favor of Plaintiff and against the Debt Collector for:

A. Judgment that Debt Collector violated the FDCPA;

B. Actual damages pursuant to 15 U.S.C. § 1692k(1)(2);

C. Statutory damages pursuant to 15 U.S.C. § 1692k(2);

D. Cost and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(3);

E. For such other and further relief as the Court may deem just and proper.

Respectfully submitted:

**JW Law Firm, PLLC**
1590 Jonesboro Rd. SE #6839
Atlanta, GA 30315
Phone: (832) 422-6362
jeff@jwcreditlawyers.com

By: _/s/ Jeffrey A. Wilson_
JEFFREY A. WILSON